660 A.2d 484

IN THE MATTER OF STUART M. WHITEFIELD,
AN ATTORNEY AT LAW.

July 5, 1995.

## CORRECTED ORDER

The Office of Attorney Ethics having filed a petition with the Court seeking the immediate temporary suspension from practice of **STUART M. WHITEFIELD** of **METUCHEN,** who was admitted to the bar of this State in 1979, and said **STUART M. WHITEFIELD** having been ordered to show cause why he should not be temporarily suspended from practice or otherwise disciplined, and good cause appearing;

It is ORDERED that **STUART M. WHITEFIELD,** is hereby temporarily suspended from the practice of law pending the conclusion of ethics proceedings against him, effective immediately, and until the further Order of the Court; and it is further

ORDERED that **STUART M. WHITEFIELD** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that all funds, if any, currently existing in any New Jersey financial institution maintained by **STUART M. WHITEFIELD** pursuant to *Rule* 1:21–6 be restrained from disbursement except on application to this Court, for good cause shown, pending the further Order of this Court; and it is further

ORDERED that **STUART M. WHITEFIELD** comply with *Rule* 1:20–20 dealing with suspended attorneys.